CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

11/13/2023

LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| DIAMOND PEERMAN, *et al.*, | Case No. 6:21-cv-00060 |
| *Plaintiffs*, | |
| v. | ORDER |
| WALTER CATRON, *et al.*, | |
| *Defendants*. | Judge Norman K. Moon |

This matter is before the Court upon Defendants' motion for summary judgment. Dkt. 29. For the reasons set forth in the accompanying Memorandum Opinion, the Court **GRANTS** the motion and **AWARDS** summary judgment to Defendants. The Clerk is directed to strike this case from the Court's active docket.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to the parties.

Entered this 13th day of November, 2023.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE